THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN DURKIN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 5, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Bronx County Court rendered October 1, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Arthur B. Kelly* for appellant.

*John E. McGeehan, District Attorney, George B. DeLuca* and *Herman J. Fliederblum* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.